IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CORY COUNSELMAN and KELLIE COUNSELMAN** | § § § | **PLAINTIFFS** |
| **VERSUS** | § | **CIVIL ACTION NO. 1:06cv722-LG-JMR** |
| **COUNTRYWIDE HOME LOANS, INC.** | § § § | **DEFENDANT** |

### FINAL JUDGMENT OF DISMISSAL

This matter having come on to be heard on Defendant Countrywide Home Loans, Inc.'s [17] Motion to Dismiss, the Court, after review and consideration of the motion, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that the [17] Motion to Dismiss is granted. This cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE